FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -2 AM 9: 57

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CLARENCE R. SANKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV407-070 |
| MICHAEL WILLIAMS, COASTAL STATE PRISON, and THALRONE WILLIAMS, Warden, | ) ) ) ) |
| Defendants. | ) |

## <u>ORDER</u>

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2nd day of NOVEMBER, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA